|   |   |   |
|---|---|---|
| 1 | | The Honorable Benjamin H. Settle |
| 2 | | |

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.B., a minor child, by and through his duly appointed Litigation Guardian ad Litem; <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia Corporation, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an Agency of the State of Washington, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY d/b/a SOUND TRANSIT, a Local Government Entity in the State of Washington, <br><br> Defendants. | CASE NO. 2:18-cv-01298-BHS <br><br> **STIPULATED MOTION AND (PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** <br><br> **NOTED ON MOTION CALENDAR:** <br> **October 23, 2018** |

By stipulation pursuant to General Rule 2(g)(4)(A) and Local Court Rule 83.2(b)(1), Bishop Legal and The Law Offices of Simon H. Forgette, P.S. respectfully move that Simon Forgette and The Law Offices of Simon H. Forgette, P.S. be substituted as counsel of record for

STIPULATED MOTION AND (PROPOSED)
ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*T.B. v. National Railroad Passenger Corporation d/b/a Amtrak, et al.*
Case No. 2:18-cv-01298-BHS
PAGE 1 of 3

**bishoplegal**
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001

Plaintiff T.B. in place of Bishop Legal, who is requesting to withdraw as counsel for T.B. in this action. Counsel requests that all future notices and correspondence be directed to:

> Simon H. Forgette
> The Law Offices of Simon H. Forgette, P.S.
> 406 Market Street, Suite A
> Kirkland, WA 98033
> Tel: (425) 822-7778
> simon@forgettelaw.com

As required by General Rule 2(g)(4)(A), withdrawing counsel has served this Stipulated Motion on the client, T.B. (by first class mail) and all counsel who have appeared in this matter (through the Court's ECF system).

For these reasons, Bishop Legal and The Law Offices of Simon H. Forgette, P.S. respectfully move that The Law Offices of Simon H. Forgette, P.S. be substituted as counsel of record for Plaintiff T.B.

DATED this 22nd day of October, 2018.

BISHOP LEGAL

*[signature]*

Raymond E.S. Bishop, WSBA No. 22794
Derek N. Moore, WSBA No. 37921
Ben R. Ferguson, WSBA No. 51272
*Withdrawing Attorneys for Plaintiff T.B.*

THE LAW OFFICES OF SIMON H. FORGETTE, P.S.

*[signature]*

Simon Forgette, WSBA No. 9911
Janis M. Nevler, WSBA No. 13601
*Substituting Attorneys for Plaintiff T.B.*

STIPULATED MOTION AND (PROPOSED)
ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
T.B. v. National Railroad Passenger Corporation
d/b/a Amtrak, et al.
Case No. 2:18-cv-01298-BHS
PAGE 2 of 3

**bishoplegal**
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001

THE LAW OFFICE OF JO-HANNA READ

*/s/ Jo-Hanna Read*

Jo-Hanna Read, WSBA No. 6938
Law Office of Jo-Hanna Read
600 N 36th St, Ste 306
Seattle, WA 98103-8698
(206) 739-7547
*Litigation Guardian ad Litem for Plaintiff T.B.*

LANE POWELL PC

/s/ Tim D. Wackerbarth

Tim D. Wackerbarth, WSBA No. 13673
Andrew G. Yates, WSBA No. 34239
Warren E. Babb, Jr., WSBA No. 13410
Katie Bass, WSBA No. 51369
*Attorneys for Defendants*

STIPULATED MOTION AND (PROPOSED)
ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*T.B. v. National Railroad Passenger Corporation d/b/a Amtrak, et al.*
Case No. 2:18-cv-01298-BHS
PAGE 3 of 3

**b bishoplegal**
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T.B., a minor child, by and through his duly appointed Litigation Guardian ad Litem;

Plaintiff,

vs.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia Corporation, WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an Agency of the State of Washington, and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY d/b/a SOUND TRANSIT, a Local Government Entity in the State of Washington,

Defendants.

CASE NO. 2:18-cv-01298-BHS

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**NOTE FOR MOTION CALENDAR:**
October 23, 2018

This matter having come before the Court on the Stipulated Motion for Withdrawal and Substitution of Counsel, and the Court having considered the argument of counsel, if any, and the pleadings and papers on file herein, including:

1. The Stipulated Motion for Withdrawal and Substitution of Counsel;
2. _____; and

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
*T.B. v. National Railroad Passenger Corporation d/b/a Amtrak, et al.*
Case No. 2:18-cv-01298-JLR
PAGE 1 of 3

**bishoplegal**
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001

3. _____

Attorneys may withdraw from representation in a civil case by filing a motion or stipulation for withdrawal and certifying that the motion or stipulation was served on the client:

> No attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation for withdrawal or, if appropriate, by complying with the requirement of CrR 5(d)(2). A motion for withdrawal shall be noted in accordance with CR 7(d)(2) or CrR 12(c)(7) and shall include a certification that the motion was served on the client and opposing counsel. A stipulation for withdrawal shall also include a certification that it has been served upon the client. The attorney will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case.

Local Rule GR 2(g)(4)(A).

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Stipulated Motion for Withdrawal and Substitution of Counsel is GRANTED in its entirety

DATED this 24 day of October, 2018.

_____
The Honorable Benjamin H. Settle
United States District Chief Judge

Presented By:

| BISHOP LEGAL | LANE POWELL PC |
|---|---|
| /s/ Raymond E.S. Bishop | /s/ Tim D. Wackerbarth |
| Raymond E.S. Bishop, WSBA No. 22794 | Tim D. Wackerbarth, WSBA No. 13673 |
| Derek K. Moore, WSBA No. 37921 | Andrew G. Yates, WSBA No. 34239 |
| Ben R. Ferguson, WSBA No. 51272 | Warren E. Babb, Jr., WSBA No. 13410 |
| 19743 1st Avenue South | Katie Bass, WSBA No. 51369 |
| Normandy Park, WA 98148 | 1420 Fifth Avenue, Suite 4200 |
| Telephone: (206) 592-9000 | P.O. Box 91302 |
| *Withdrawing Attorneys for Plaintiff T.B* | Seattle, WA 98111-9402 |
| | *Attorneys for Defendants* |

ORDER GRANTING STIPULATED MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL
*T.B. v. National Railroad Passenger Corporation d/b/a Amtrak, et al.*
Case No. 2:18-cv-01298-JLR
PAGE 2 of 3

bishoplegal
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001

THE LAW OFFICES OF SIMON H. FORGETTE, P.S.

*signature*

Simon Forgette, WSBA No. 9911
Janis M. Nevler, WSBA No. 13601
The Law Offices of Simon H. Forgette, P.S.
406 Market Street, Suite A
Kirkland, WA 98033
Tel: (425) 822-7778
*Substituting Attorneys for Plaintiff T.B.*

THE LAW OFFICE OF JO-HANNA READ

*signature*

Jo-Hanna Read, WSBA No. 6938
Law Office of Jo-Hanna Read
600 N 36th St, Ste 306
Seattle, WA 98103-8698
(206) 739-7547
*Litigation Guardian ad Litem for Plaintiff T.B.*

ORDER GRANTING STIPULATED MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL
*T.B. v. National Railroad Passenger Corporation d/b/a Amtrak, et al.*
Case No. 2:18-cv-01298-JLR
PAGE 3 of 3

**bishoplegal**
19743 First Avenue South
Normandy Park, WA 98148-2401
Tel: (206) 592-9000
Fax: (206) 592-9001