THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.B., a minor child, by and through his duly appointed Litigation Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia corporation; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an Agency of the State of Washington; and, CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY d/b/a SOUND TRANSIT, a local government entity in the State of Washington,<br><br>Defendants. | Case No. 2:18-cv-01298-BHS<br><br>**STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 25, 2018** |

The parties to this lawsuit jointly request that the Court enter the accompanying order dismissing this matter in its entirety, without prejudice, and without an award of fees or costs to any party. Plaintiffs intend to re-file this action at a later date and stipulate that they only will re-file the action in federal court for the Western District of Washington.

TB, now 17 years old, sustained injuries in the Amtrak Train 501 derailment near Dupont, Washington on December 18, 2017. TB has been at Craig Hospital in Denver for several months undergoing a new and intensive rehabilitation program. Progress has been made and his rehabilitation program has been extended to the end of this year and possibly beyond. Plaintiff's

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE - 1
No. 2:18-cv-01298-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

019188.0393/7453924.1

counsel believes it is not possible to accurately evaluate TB's damages presently because the extent of his disability remain uncertain.   TB's case was previously filed and voluntarily dismissed without prejudice earlier this year (Cause No. 2:18-cv-0071-RSM).   Given TB's ongoing rehabilitation, the parties stipulate that this case can again be dismissed without prejudice.

DATED this 25th day of October 2018.

SIMON H. FORGETTE, P.S.                          LANE POWELL PC


By: /s/Simon H. Forgette                              By:  /s/ Tim D. Wackerbarth
Simon H. Forgette, WSBA No. 9911          Tim D. Wackerbarth, WSBA No. 13673
simon@forgettelaw.com                             wackerbartht@lanepowell.com
                                                              Andrew G. Yates, WSBA No. 34239
Attorneys for Plaintiff TB                          yatesa@lanepowell.com
                                                              Warren E. Babb, Jr., WSBA No. 13410
                                                              babbw@lanepowell.com
                                                              Katie Bass, WSBA No. 51369
                                                              bassk@lanepowell.com

                                                              Attorneys for Defendants

LAW OFFICES OF JO-HANNA READ


By: /s/ Jo-Hanna Read
Jo-Hanna Gladness Read, WSBA No. 6938
jolawyer@read-law.com

Court Appointed Guardian Ad Litem for
Plaintiff TB

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE - 2
No. 2:18-cv-01298-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

019188.0393/7453924.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 25th day of October 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Simon H. Forgette
Simon H. Forgette, P.S.
406 Market Street, Suite A
Kirkland, WA 98033
simon@forgettelaw.com

Jo-Hanna Gladness Read
Law Office of Jo-Hanna Read
600 N 36th Street, Suite 306
Seattle, WA 98103-8698
jolawyer@read-law.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

DATED this 25th day of October 2018.

Sabrina Mitchell

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE - 3
No. 2:18-cv-01298-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

019188.0393/7453924.1