THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

T.B., a minor child, by and through his duly appointed Litigation Guardian Ad Litem,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a District of Columbia corporation; WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, an Agency of the State of Washington; and, CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY d/b/a SOUND TRANSIT, a local government entity in the State of Washington,

    Defendants.

Case No. 2:18-cv-01298-BHS

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court on the parties' Stipulated Motion to Dismiss and the Court finding good cause exists to grant the motion, it is hereby:

ORDERED that this matter is dismissed in its entirety, without prejudice, and without an award of fees or costs to any party.

IT IS FURTHER ORDERED that to the extent plaintiff exercises his right to re-file this action at a later date, such action may only be filed in the United States District Court for the Western District of Washington.

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1
Case No. 2:18-cv-01298-BHS

019188.0393/7453939.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**IT IS SO ORDERED.**

DATED this 29th day of October, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

Jointly presented by:

| | |
|---|---|
| SIMON H. FORGETTE. P.S. | LANE POWELL PC |
| By: */s/ Simon H. Forgette* <br> Simon H. Forgette, WSBA No. 9911 <br> simon@forgettelaw.com <br><br> Attorneys for Plaintiff TB | By: */s/ Tim D. Wackerbarth* <br> Tim D. Wackerbarth, WSBA No. 13673 <br> wackerbartht@lanepowell.com <br> Andrew G. Yates, WSBA No. 34239 <br> yatesa@lanepowell.com <br> Warren E. Babb, Jr., WSBA No. 13410 <br> babbw@lanepowell.com <br> Katie Bass, WSBA No. 51369 <br> bassk@lanepowell.com <br><br> Attorneys for Defendants |

LAW OFFICES OF JO-HANNA READ

By: */s/ Jo-Hanna Read*
Jo-Hanna Gladness Read, WSBA No. 6938
jolawyer@read-law.com

Court Appointed Guardian Ad Litem for Plaintiff TB

ORDER OF DISMISSAL WITHOUT PREJUDICE - 2
Case No. 2:18-cv-01298-BHS

019188.0393/7453939.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

ORDER OF DISMISSAL WITHOUT PREJUDICE - 3
Case No. 2:18-cv-01298-BHS

019188.0393/7453939.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107